JOHN H. TOMLINSON, et. al. vs. ETHAN A. WILLEY, JR., et. al.

There can be no recovery under the *money counts* against a *surety* where his character appears on the face of the note. The surety must be declared against *specially.* (*See decision at May term, 1845, in the case of Butler vs. Rawson, impleaded with Butler.*)

*Motion by plaintiff to be allowed to amend the declaration in this cause by adding to the common money counts, a special count upon the note, a copy of which was subjoined to the declaration.*—This suit was commenced by declaration, containing the common money counts, with copy note subjoined, signed " Ethan A Willey, Jr.," " B. B. Willey for security," with a notice that it was the only cause of action; declaration served on both defendants. B. B. Willey appeared by attorney and pleaded. After plaintiff's attorney had received the plea, he learned for the first time, that this court in May term last, made a decision to the effect, that there can be no recovery under the *money counts* against a surety, where his character appears on the face of the note, that in such case it is necessary to declare *specially.*

S. WILKESON, JR., *Plff's Counsel.*        D. C. LE ROY, *Plff's Atty.*

N. HILL, JR., *Defts Counsel.*        P. G. CLARK, *Defts Atty.*

BEARDSLEY, Justice.—Granted the motion, on payment of defendants' costs and seven dollars costs of opposing the motion.